UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

ROXANA NAGLE  CASE NUMBER: 17-31549
Debtor  CHAPTER 13   /crd

## SPECIAL ORDER CONFIRMING CHAPTER 13 PLAN

At South Bend, Indiana on January 31, 2018.

On August 2, 2017, Roxana Nagle, by counsel, filed her Chapter 13 Plan ("Plan").

Based on the certificate of service filed with the Plan, the Court finds that the Trustee timely served a copy of the Plan and a copy of this Court's Order fixing the last date to object to confirmation upon all creditors and parties in interest listed on the matrix.

Trustee Debra L. Miller, was the only party in interest who timely filed objections to confirmation of the Debtor's Plan. On November 9, 2017, the Court held a hearing on confirmation of the Plan at which time Debra L. Miller, Trustee, advised the Court of an agreement that had been reached with the Debtor, thereby satisfying the Trustee's objections to confirmation.

Reviewing the Debtor's Plan and the terms of the parties' agreements, the Court concludes that the Plan, as modified, complies with all of the requirements of 11 U.S.C. §1325. The Court therefore confirms the Plan, as modified to provide that:

1. All priority claims will be paid as allowed unless otherwise defeated.

2. All property will remain vested in the estate until dismissal, discharge or further order from the Court.

3. The Debtor is paying the mortgage direct, and shall make all mortgage payments timely and in the full amount. The Debtor shall have the duty to review the notices and file

17-31549; Nagle
Confirmation Order

the Fed. R. Bankr. Proc. Notice 3002.1 to ensure the mortgage is current with no fees, costs, or negative escrow at the completion of the bankruptcy. The Debtor shall provide her 1098 tax statements to the Trustee at the same time she provides her tax returns.

4. In order to meet the best interest of creditors test, Debtor's unsecured creditors will receive a minimum of $1,543.17 plus 67% of the 2017 tax refund, less earned income credit. This 67% of the Debtor's 2017 tax refund shall be turned over to the bankruptcy estate within 14 days of receipt by the Debtor.

5. Debtor will turn over all combined 2017 through 2019 tax refunds in excess of $5,082.00, less any earned income credit as an additional amount to the base of the Plan. Tax refunds over $5,082.00 for the remaining years of the bankruptcy will be applied to the base amount of the Plan and will not be added to increase the base amount.

6. Debtor will provide her attorney and the Trustee a copy of the federal and state tax returns required under applicable law at the same time she files the returns with the taxing authority to comply with 11 U.S.C. § 521(f)(1) and turn over the required amount of the refund due under the confirmed Plan within 14 days of receipt of the refund.

7. The Debtor's Plan contained a scriveners error that paid a 2013 Nissan Versa. This is hereby amended and clarified to reflect a 2012 Nissan Versa. No terms of the Plan treatment of this vehicle shall change.

All other provisions of the Debtor's Plan not in conflict with the foregoing modifications remain in full force and effect.

17-31549; Nagle
Confirmation Order

The Court further orders that the Debtor's attorney is awarded a fee of $4,000.00 as an administrative expense under 11 U.S.C §503(b)(1)(A), of which $4,000.00 is due and payable from the estate.

APPROVED:

/s/ Debra L. Miller, Trustee
Debra L. Miller, Chapter 13 Trustee
Katherine E. Iskin FBN 73023,
Staff Attorney for Debra L. Miller
Jon R. Rogers, (27701-40),
Staff Attorney for Debra L. Miller
PO Box 11550
South Bend, IN  46634
(574) 254-1313

/s/ Anita Gloyeski
Anita Gloyeski
Attorney for Debtor
119 East Center St., Suite B1
Warsaw, IN 46580
(574) 268-2900

SO ORDERED.

_____
HARRY C. DEES, JR., JUDGE
UNITED STATES BANKRUPTCY COURT